### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| BENNETT MOTOR EXPRESS, L.L.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ENGS COMMERCIAL FINANCE CO., ) <br> ) <br> Defendant. ) <br> ) <br> ) | Civil Action No. |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant, ENGS COMMERCIAL FINANCE CO. (the "Defendant"), by and through its counsel Gordon & Rees, hereby files its Notice of Removal of the action styled *Bennett Motor Express, LLC versus ENGS Commercial Finance Co.*, Case Number 2017 CV 2949BA (the "State Court Action"), from the Superior Court of Henry Court State of Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division. The grounds for removal are as follows:

1. By filing this Notice of Removal, Defendant does not intend to waive, and hereby reserve, any objections as to jurisdiction, venue, the legal sufficiency of the claims alleged by Plaintiff, and all other defenses.

1

## I. THE STATE COURT ACTION

2. On September 29, 2017, Bennett Motor Express, L.L.C. ("Plaintiff") filed a Petition for Declaratory Judgment against Defendant. Plaintiff requests the state court to declare that Plaintiff does not have any payment obligations to Defendant under its Remarketing Agreement with Defendant. Complaint, attached hereto as **Exhibit A-1**.

3. Plaintiff is a limited liability company organized and existing under the laws of the State of Georgia, with its principal place of business in Henry County, Georgia. **Exhibit A-1**, ¶ 1.

4. Defendant is a corporation incorporated under the laws of State of California, with its principal place of business in Illinois, and lawfully authorized to do business in the State of Georgia as a foreign corporation. **Exhibit A-1**, ¶ 2.

5. Defendant received notice of Plaintiff's claim on October 5, 2017, when it received a copy of the summons and complaint via CT Corporation System.

6. Pursuant to 28 U.S.C. § 1446(a), copies of all summons, process, pleadings, motions, and orders filed in the State Court Action are attached hereto as Group Exhibit A.

## II. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

7. Defendant first received notice of Plaintiff's claim on October 5, 2017, the date on which the Defendant received via CT Corporation System a copy of Plaintiff's pleading and summons. Therefore, Defendant's removal of this action is timely in accordance with 28 U.S.C. § 1446(b), because Defendant's Notice of Removal was filed within thirty (30) days of the receipt of Plaintiff's initial pleading or summons.  28 U.S.C. § 1446(b).

8. Pursuant to 28 U.S.C. § 1446(a), copies of all summons, process, pleadings, motions and orders that have been filed in the State Court Action are attached hereto as **Group Exhibit A**.

9. This Court embraces the locality in which the State Court Action is now pending, making this Court a proper forum pursuant to 28 U.S.C. § 1441(a).

10. No previous application has been made for the relief requested herein.

11. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon Plaintiff, and a copy is being filed with the Superior Court of Henry Court State of Georgia.

12. If any question arises regarding the propriety of the removal of this action, Defendant respectfully requests the opportunity to present a brief and/or oral argument in support of its position that this case is removable.

## III.   THIS COURT HAS DIVERSITY JURISDICTION

13.   Diversity jurisdiction exists over Plaintiff's claim under 28 U.S.C. § 1332, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

14.   There is complete diversity among the parties. Plaintiff is a limited liability company organized and existing under the laws of the State of Georgia, and having its principal place of business in Henry County, Georgia. **Exhibit A-1**, ¶ 1. Defendant is a corporation organized and existing under the laws of the State of California, and having its principal place of business in the State of Illinois.

15.   The matter in controversy exceeds $75,000. In its complaint Plaintiff seeks nonmonetary relief. **Exhibit A-1** (Plaintiff's Petition for Declaratory Judgment). Because Plaintiff seeks nonmonetary relief, the "the notice of removal may assert the amount in controversy." 28 U.S.C. § 1446(c)(2). Defendant asserts that the amount in controversy exceeds $75,000 because the Plaintiff's Petition for Declaratory Judgment seeks approval by this court for Plaintiff to avoid payment obligations in excess of $75,000 under its contract with Defendant.

16. Because diversity jurisdiction exists over Plaintiff's claims under 28 U.S.C. § 1332(a), removal of this cause of action is appropriate under 28 U.S.C. §§ 1441(a)-(b).

WHEREFORE, Defendant, ENGS Commercial Finance Co., hereby removes the action now pending against it in the Superior Court of Henry County, State of Georgia to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Dated:  November 2, 2017                     Respectfully submitted,

By:  */s/ Chad A. Shultz*
Chad A. Shultz
Georgia Bar No. 644440
GORDON & REES
The Pinnacle Building
3455 Peachtree Road NE, Ste. 1500
Atlanta, Georgia 30326
Telephone (404) 869-9054
Facsimile (678) 389-8475
cshultz@gordonrees.com

## RULE 7.1D CERTIFICATION

I certify that this motion was prepared in accordance with the page, font, size, margin and other requirements of Local Rules 7.1 and 5.1.

**GORDON & REES LLP**

*/s/ Chad A. Shultz*
Chad A. Shultz
Georgia Bar No. 644440
The Pinnacle Building
3455 Peachtree Road NE
Suite 1500
Atlanta, Georgia 30326
404-869-9054
cshultz@grsm.com

#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF GEORGIA
#### ATLANTA DIVISION

| | |
|---|---|
| BENNETT MOTOR EXPRESS, L.L.C., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. |
| ENGS COMMERCIAL FINANCE CO., | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record, and sent a copy of the foregoing document via first class mail, postage prepaid, addressed to:

*Attorney for Plaintiff*
Grant R. Brooker
1001 Industrial Parkway
McDonough, GA 30253

Dated: November 2, 2017

Respectfully submitted,

By: */s/ Chad A. Shultz*
Chad A. Shultz
Georgia Bar No. 644440
GORDON & REES
Telephone (404) 869-9054
Facsimile (678) 389-8475
cshultz@gordonrees.com