## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| BENNETT MOTOR EXPRESS, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:17-cv-04376-CC |
| ) | |
| ENGS COMMERCIAL FINANCE CO., ) | |
| ) | |
| Defendant. ) | |
| ENGS COMMERCIAL FINANCE CO., ) | |
| ) | |
| Defendant/Counter-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BENNETT MOTOR EXPRESS, L.L.C., ) | |
| ) | |
| Plaintiff/Counter-Defendant. ) | |

**JOINT STIPULATION AND CONSENT ORDER OF DISMISSAL WITH PREJUDICE OF ALL PARTIES AND CLAIMS**

Upon consent of the parties and for good cause shown, Plaintiff/Counter-Defendant and Defendant/Counter-Plaintiff have entered into a settlement agreement with each other concerning all claims and counterclaims asserted in this action, and all claims by, against, or between them are hereby dismissed with prejudice.

Each party shall bear its own fees and costs associated with this action.

This the __2nd__ day of April, 2018.

                                 *s/ CLARENCE COOPER*
                                 CLARENCE COOPER, JUDGE
                                 UNITED STATES DISTRICT COURT

STIPULATED AND CONSENTED TO:

                                 GORDON REES SCULLY
                                 MANSUKHANI, LLP

| /s/ Grant R. Brooker | By: /s/Chad A. Schulz |
|---|---|
| Grant R. Brooker | Chad A. Schulz |
| Georgia Bar No. 084475 | (by GRB w/express permission) |
| Attorney for Plaintiff/ | Georgia Bar No. 644440 |
| Counter-Defendant | Attorney for Defendant/ |
| Bennett Motor Express, L.L.C. | Counter- Plaintiff |
| 1001 Industrial Parkway | 3455 Peachtree Road NE, Ste 1500 |
| McDonough, Georgia 30253 | Atlanta, Georgia 30326 |
| Telephone: (770) 914-2718 | Telephone: (404) 869-9054 |
| Facsimile: (678) 569-1265 | Facsimile: (678) 389-8475 |
| Email: grant.brooker@bennettig.com | Email: cshultz@gordonrees.com |